BILLY WAYNE HEDGEPETH,

        Plaintiff,

vs.

UNITED STATES OF AMERICA,

        Defendant.

**NOTICE OF
VOLUNTARY DISMISSAL**

Please take notice that the Plaintiff, BILLY WAYNE HEDGEPETH, by and through counsel, does hereby give notice of his voluntary dismissal of his COMPLAINT pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, without prejudice.

THIS the 25th day of November 2025

**HATLEY & FLOWERS FAMILY LAW**

/s/ *Angela M. Hatley*
Jessica L. Flowers, State Bar # 54683
Angela M. Hatley, State Bar # 20049
P.O. Box 243
Fayetteville, NC 28302
Telephone: (910) 485-8888
Fax: (910) 867-8861

## CERTIFICATE OF SERVICE

The undersigned attorney certifies that a copies of the foregoing Notice of Voluntary Dismissal were served upon all parties to this action via the CM/ECF system, which automatically sent notice to the following:

United States of America
U.S. Department of Veteran Affairs
Torts Law Group (021)
810 Vermont Avenue, NW
Washington, DC 20420


United States of America
Attorney General of the United States
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001


THIS the 25th day of November 2025.

**HATLEY & FLOWERS FAMILY LAW**

*/s/ Angela M. Hatley*
Jessica L. Flowers, State Bar # 54683
Angela M. Hatley, State Bar # 20049
P.O. Box 243
Fayetteville, NC 28302
Telephone: (910) 485-8888
Fax: (910) 867-8861